Joseph SWEET (deceased),
by Germaine Deagan
SWEET, Relator,

v.

TREMENDOUS! ENTERTAINMENT
INC., and St. Paul Companies,
Respondents.

No. A04–2149.

Supreme Court of Minnesota.

March 15, 2005.

Denise D. Lemmon, Maguire & Lemmon, P.C., Eagan, MN, for Relator.

Barbara L. Heck, St. Paul, MN, for Respondents.

■

Alan L. BRADWELL, Relator,

v.

U.S. ROOF TECH CORPORATION,
and CNA Commercial Insurance,
Respondents.

No. A04–2148.

Supreme Court of Minnesota.

March 15, 2005.

As Amended March 23, 2005.

Raymond R. Peterson, McCoy, Peterson, Jorstad, Brabbit, Ltd., Minneapolis, MN, for Bradwell, Relator.

Krista Leigh Twesme, Minneapolis, MN, for Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 15, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/ Alan C. Page
Associate Justice

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 22, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Sam Hanson
Associate Justice